## HULSMAN *v.* THE STATE.

APPEAL from the Marion Criminal Court.

BUSKIRK, J.—The appellant was indicted and convicted for selling intoxicating liquors on Sunday, and permitting them to be drank upon the premises where sold. This case is in all its legal aspects the same as the case of *Lehritter* v. *The State, ante,* p. 383, and is affirmed upon the ruling in that case.

*W. W. Leathers, C. Byfield,* and *D. Howe,* for appellant.

*J. C. Denny,* Attorney General, *R. P. Parker, H. Lee,* and *J. B. Elam,* for the State.